## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN AT DETROIT

In Re:

    Richard Martin Herberholz, Jr.          Case No. 17-57703-mlo
                                                    Chapter 13
                                                    Hon. Maria L. Oxholm

    Debtor,

_____/

## ORDER MODIFYING THE AUTOMATIC STAY AS TO CREDITOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST ONLY

This matter having come on for hearing on a Motion for Relief from the Automatic Stay field by Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing which was subsequently service transferred and now the proper creditor is U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST, its successors and assigns. The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

    **IT IS HEREBY ORDERED** that in the event that Debtor fails to make any future payment to the Chapter 13 Trustee, the creditor U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST, its successors and assigns, may submit a notice of default, served upon Debtor and Debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments to the Chapter 13 Trustee. If Debtor fails to cure the defaults in payments to the Chapter 13 Trustee after having been provided notice under the provisions of this order, then the creditor, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST, its successors and assigns, may submit an Order for Relief from the Automatic Stay as to the real property 2028 HARBOR VILLAGE AVENUE KEEGO HARBOR, MI 48320 to the Bankruptcy Court along with an affidavit attesting to a failure to make payments to the Chapter 13 Trustee, and such Order shall be entered without a further hearing, or notice.

    **IT IS FURTHERED ORDERED** that Debtor shall be entitled to written notices as set forth in future default provision for three (3) such defaults in payments. Should there be a fourth default in future payments to the Trustee, upon submission of an Affidavit of Default to the Court and service of said Affidavit to the Trustee, the Automatic stay of 11 U.S.C. § 362 is terminated as to the subject vehicle without need of further notice or hearing.

    **IT IS FURTHERED ORDERED** that Creditor shall be entitled to file a Post-Petition Fee Notice in the amount of $1,031.00 for Legal Fees and Costs associated with this Motion for Relief. In addition, the Creditor may file Supplemental Administrative proof of claims for its attorney fees in the event that the Debtor defaults pursuant to the terms of this stipulation in the amount of $75.00 per notice of default.

**IT IS FURTHERED ORDERED** that this order shall remain valid notwithstanding conversion of this case to any other chapter under the bankruptcy code.

**Signed on November 05, 2019**



/s/ Maria L. Oxholm

Maria L. Oxholm
United States Bankruptcy Judge